IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01082-CMA-KLM

JUAN A. OLIVARES,
JUSTINO MENDOZA-ORTIZ,
GABRIEL VERGARA, and
LENIN ALFREDO CASTREJON-TELLEZ,

    Plaintiffs,

v.

EARTHCORE SIPS, LLC,
MARK STEVEN ATTARD, and
UFP LAFAYETTE, LLC,

    Defendants.

___

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Stipulated Motion for Entry of Protective Order** [Docket No. 34; Filed August 17, 2012] (the "Motion"), filed by Plaintiffs and Defendant UFP Lafayette, LLC.

    IT IS HEREBY **ORDERED** that the Motion [#34] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#34-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: August 20, 2012