IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01082-CMA-KLM

JUAN A. OLIVARES,
JUSTINO MENDOZA-ORITZ,
GABRIEL VERGARA, and
LENIN ALFREDO CASTREJON-TELLEZ,

    Plaintiffs,

v.

EARTHCORE SIPS, LLC,
MARK STEVEN ATTARD, and
UFP LAFAYETTE, LLC,

    Defendants.

## JUDGMENT PURSUANT TO FED. R. CIV. P. 68

Pursuant to the offer of judgment served September 12, 2012 and the acceptance thereof filed September 17, 2012 with proof of service, and in accordance with the Federal Rules of Civil Procedure, it is

ORDERED that judgment is hereby entered for Plaintiff Justino Mendoza-Ortiz and against Defendant UFP Lafayette, LLC in the amount of $4,580 plus reasonable costs and attorneys' fees, to be determined by the court by petition for resolution at a later date.

FURTHER ORDERED that post-judgment interest shall accrue at the rate of 0.18% from the date of entry of judgment.

DATED this September 19, 2012 at Denver, Colorado.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ Edward P. Butler
     Edward P. Butler, Deputy Clerk