**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-01082-CMA-KLM

JUAN A. OLIVARES,
JUSTINO MENDOZA-ORTIZ,
GABRIEL VERGARA, and
LENIN ALFREDO CASTREJON-TELLEZ,

    Plaintiffs,

v.

EARTHCORE SIPS, LLC,
MARK STEVEN ATTARD, and
UFP LAYAYETTE, LLC,

    Defendants.

**ORDER TO DISMISS PARTIES AND AMEND CAPTION**

    This matter is before the Court on the parties' Joint Stipulation of Dismissal (Doc. # 47) and Notice of Dismissal (Doc. # 48). The Court has reviewed the Stipulation and the Notice, and ORDERS as follows:

    Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Joint Stipulation of Dismissal (Doc. # 47), all claims stated against Defendant Mark Steven Attard are hereby DISMISSED, each party to pay his or her own costs. It is

    FURTHER ORDERED that in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and the Plaintiffs' Notice of Dismissal (Doc. # 48), all claims stated against Defendant Earthcore Sips, LLC are hereby DISMISSED WITHOUT PREJUDICE, each party to pay his, her or its own costs. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Mark Steven Attard and Earthcore Sips, LLC as Defendants in this case.

DATED: January   11  , 2013

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Court Judge